UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**VICTOR ARIZA**,

    Plaintiff,

vs.                                                      Case No. 6:24-cv-00548-JA-EJK

**MADAME TUSSAUDS ORLANDO LLC,**
**a foreign limited liability company**,

    Defendant.
_____/

## JOINT NOTICE OF SETTLEMENT

Plaintiff and Defendant, through their respective undersigned counsel, hereby give notice that the parties have reached a settlement in this case and will be executing the necessary paperwork resolving all claims.  Accordingly, the parties respectfully request that the Court provide them thirty (30) days from the date of filing this Notice to finalize their settlement agreement and to submit the dismissal document dismissing this case with prejudice.

Dated:  May 21, 2024.

| | |
|---|---|
| **RODERICK V. HANNAH, ESQ., P.A.** | **LAW OFFICE OF PELAYO DURAN, P.A.** |
| Lead Counsel for Plaintiff | Co-Counsel for Plaintiff |
| 4800 North Hiatus Road | 4640 N.W. 7th Street |
| Sunrise, FL  33351-7919 | Miami, FL 33126-2309 |
| T. 954/362-3800 | T. 305/266-9780 |
| 954/362-3779 (Facsimile) | 305/269-8311 (Facsimile) |
| Email:  rhannah@rhannahlaw.com | Email duranandassociates@gmail.com |
| By____s/ Roderick V. Hannah_____ | By ___s/ Pelayo M. Duran_____ |
|     RODERICK V. HANNAH |     PELAYO M. DURAN |
|     Fla. Bar No. 435384 |     Fla. Bar No. 0146595 |

**RUMBERGER KIRK & CALDWELL, P.A.**
Counsel for Defendant
101 North Monroe Street, Suite 1050
Tallahassee, FL  32301
(850) 222-6550
nsmith@rumberger.com

By: *s/ Nicole Sieb Smith*
      NICOLE SIEB SMITH
      Fla. Bar No. 0017056